**Order entered September 9, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-00103-CR

**CHARLIE JESUS VICENTE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3
Dallas County, Texas
Trial Court Cause No. F17-45411-J**

## ORDER

We **REINSTATE** this appeal.

We abated the appeal for a hearing to determine why appellant's brief has not been filed. Appellant filed his brief and a motion to extend time to file the same on September 6, 2019. In the interest of expediting the appeal and because no hearing has been scheduled or held, we **GRANT** the motion and **ORDER** appellant's brief filed as of the date of this order.

The State's brief is due by October 7, 2019.


/s/     BILL PEDERSEN, III
        JUSTICE